**STATE of Missouri, Respondent,**

v.

**Benjamin Scott OWEN, Appellant.**

**No. WD 74661.**

Missouri Court of Appeals, Western District.

Dec. 4, 2012.

Application for Transfer to Supreme Court Denied Jan. 29, 2013.

Kristen L. Ellis, Lexington, MO, for appellant.

Scott C. Hamilton, Lexington, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART and KAREN KING MITCHELL, Judges.

ORDER

PER CURIAM.

Benjamin Scott Owen appeals his conviction for driving while intoxicated. He contends the evidence was insufficient to establish that he was operating his vehicle, as required by Section 577.010, RSMO 2000. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment of conviction.

AFFIRMED. Rule 30.25(b).